Stephen B. Mosier, Esq. (AZ Bar #024847) (pro hac vice pending)
Norman P. Soloway, Esq. (AZ Bar #024847) (pro hac vice pending)
Clark E. Proffitt, Esq. (AZ Bar #024847) (pro hac vice pending)
Hayes Soloway P.C.
4640 E. Sunrise Drive
Tucson, Arizona 85718
Tele: 520.882.7623
Fax: 520.882.7643
smosier@hayes-soloway.com

Daniel N, Ballard, Esq. (CA Bar #219223)
Sequoia Counsel PC
770 L St., Suite 950
Sacramento, California 95608
Phone: 916.607.3904
Fax:   916.200.0601
dballard@sequoiacounsel.com

Attorneys for Plaintiffs SunEarth Inc. and The Solaray Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNEARTH INC., a California corporation, and THE SOLARAY CORPORATION, a Hawaiian corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SUN EARTH SOLAR POWER CO., LTD. (f/k/a Ningbo Solar Electric Power Co., Ltd.), a Chinese limited liability company, NBSOLAR USA INC., a California corporation, and DOES 1 – 10.<br><br>Defendants. | Case No. CV 11 4991 MEJ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: October 11, 2011

SEQUOIA COUNSEL PC

By: _____
Daniel N. Ballard
Attorney for Sunearth Inc. and The Solaray Corporation

– 1 –