AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

E-filing

| SUNEARTH INC. AND THE SOLARAY CORPORATION | ) |
|---|---|
| Plaintiff | ) |
| v. | )  Civil Action No. |
| SUN EARTH SOLAR POWER CO., LTD. (f/k/a Ningbo Solar Electric Power Co., Ltd.) et al. | ) |
| Defendant | ) |

CV 11 4991

MEJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
① SUN EARTH SOLAR POWER CO., LTD. (F/K/A NINGBO SOLAR ELECTRIC POWER CO., LTD.)
C/O NBSOLAR USA INC.
15338 EL PRADO ROAD
CHINO, CA 91710

② NBSolar, USA Inc.
Same address as above.

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DANIEL N. BALLARD
SEQUOIA COUNSEL PC
770 L STREET, SUITE 950
SACRAMENTO, CA 95608

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

*CLERK OF COURT*

Date: OCT 11 2011

MARY ANN BUCKLEY

*Signature of Clerk or Deputy Clerk*