Stephen B. Mosier, Esq. (AZ Bar #024847) (pro hac vice pending)
Norman P. Soloway, Esq. (AZ Bar #024847) (pro hac vice pending)
Clark E. Proffitt, Esq. (AZ Bar #024847) (pro hac vice pending)
Hayes Soloway P.C.
4640 E. Sunrise Drive
Tucson, Arizona 85718
Tele: 520.882.7623
Fax: 520.882.7643
smosier@hayes-soloway.com

Daniel N, Ballard, Esq. (CA Bar #219223)
Sequoia Counsel PC
770 L St., Suite 950
Sacramento, California 95608
Phone: 916.607.3904
Fax:    916.200.0601
dballard@sequoiacounsel.com

Attorneys for Plaintiffs SunEarth Inc. and The Solaray Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNEARTH INC., a California corporation, and THE SOLARAY CORPORATION, a Hawaiian corporation<br><br>Plaintiffs,<br><br>vs.<br><br>SUN EARTH SOLAR POWER CO., LTD. (f/k/a Ningbo Solar Electric Power Co., Ltd.), a Chinese limited liability company, NBSOLAR USA INC., a California corporation, and DOES 1 – 10.<br><br>Defendants. | Case No. CV 11-4991<br><br>**CORPORATE DISCLOSURE STATEMENT FOR SUNEARTH, INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1, SunEarth, Inc. states that The Solaray Corporation is its parent corporation and that no publicly held corporation owns ten percent or more of its stock.

Date: October 13, 2011             By:     /s/ DANIEL N. BALLARD
                                                   Daniel N. Ballard
                                                   Attorney for SunEarth, Inc. and The
                                                   Solaray Corporation

– 1 –
CORPORATE DISCLOSURE STATEMENT