Stephen B. Mosier, Esq. (AZ Bar #024847) (pro hac vice pending)
Norman P. Soloway, Esq. (AZ Bar #024847) (pro hac vice pending)
Clark E. Proffitt, Esq. (AZ Bar #024847) (pro hac vice pending)
Hayes Soloway P.C.
4640 E. Sunrise Drive
Tucson, Arizona 85718
Tele: 520.882.7623
Fax: 520.882.7643
smosier@hayes-soloway.com

Daniel N, Ballard, Esq. (CA Bar #219223)
Sequoia Counsel PC
770 L St., Suite 950
Sacramento, California 95608
Phone: 916.607.3904
Fax:    916.200.0601
dballard@sequoiacounsel.com

Attorneys for Plaintiffs SunEarth Inc. and The Solaray Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNEARTH INC., a California corporation, and THE SOLARAY CORPORATION, a Hawaiian corporation<br><br>Plaintiffs,<br><br>vs.<br><br>SUN EARTH SOLAR POWER CO., LTD. (f/k/a Ningbo Solar Electric Power Co., Ltd.), a Chinese limited liability company, NBSOLAR USA INC., a California corporation, and DOES 1 – 10.<br><br>Defendants. | Case No. CV 11-4991<br><br>**CORPORATE DISCLOSURE STATEMENT FOR THE SOLARAY CORPORATION** |

Pursuant to Federal Rule of Civil Procedure 7.1, The Solaray Corporation states that it does not have a parent corporation and that no publicly held corporation owns ten percent or more of its stock.

Date: October 13, 2011         By:     /s/ DANIEL N. BALLARD
                                       Daniel N. Ballard
                                       Attorney for SunEarth, Inc. and The
                                       Solaray Corporation